**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DANNY MERLE BOUZIDEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-07-1047-R |
| | ) |
| **DAVID HAWK, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered September 18, 2008 [Doc. No. 41]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 41] is ADOPTED in its entirety, Defendants' motion for summary judgment [Doc. No. 39] is DENIED as to Plaintiff's claim that he was denied timely medical treatment and is GRANTED as to the remainder of Plaintiff's claims.

IT IS SO ORDERED this 16th day of October, 2008.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE